# United States District Court

### for the

## Eastern District of New York

**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 24 2006 ★

BROOKLYN OFFICE

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing Is Attached)*

Name of Offender: <u>**Glen K. Coleman**</u>

Case Number <u>**03-CR-918-01**</u>

Name of Sentencing Judicial Officer: <u>**The Honorable John Gleeson, U.S. District Judge**</u>

Date of Original Sentence: <u>**May 14, 2000**</u>

Original Offense: <u>**Felon In Possession of a Firearm, a violation of 18 USC 922(g), a Class C Felony.**</u>

Original Sentence: <u>**41 months custody, three years supervised release, and a $100 special assessment. The following special conditions were also ordered: 1) the defendant shall participate in a substance abuse treatment program, as directed by the Probation Department; 2) the defendant shall participate in a mental health treatment program, as directed by the Probation Department; and 3) the defendant shall abstain from all illegal substances and/or alcohol.**</u>

Type of Supervision: <u>**Supervised Release**</u>

Date Supervision Commenced: <u>**June 15, 2006**</u>

## PETITIONING THE COURT

☒     To modify the conditions of supervision as follows:

*The defendant shall reside at a community corrections center for a period not to exceed **90** days, and observe the rules of that facility.*

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Prob 12B / Page 2

CAUSE

By way of background, on June 15, 2006, the offender commenced his term of supervised release. Mr. Coleman is being supervised by the U.S. Probation Department in the Northern District of Georgia, based upon his residence in Riverdale, Georgia.

On July 1, 2006, at 3:07am, the offender was arrested by the College Park, Georgia Police Department and charged with Driving Under the Influence, Failure to Maintain Lane, Striking a Fixed Object, Leaving the Scene of an Accident, and Driving While License Revoked. Shortly after the accident, the offender was apprehended running from the scene. Mr. Coleman consented to a breathalyser, and gave two breaths which revealed blood alcohol levels of .217 and .204, respectively. It is noted that the legal blood alcohol concentration limit in Georgia is .08.

On July 1, 2006, the offender was arraigned at the Fulton County State Court. Mr. Coleman posted $2,000 bond and was subsequently released. His next court date is scheduled for October 2006. The offender has been directed to attend three (3) Alcoholic's Anonymous meetings per week, until the Probation Department is able to secure placement in a Mental Illness/Chemical Abuse outpatient treatment facility.

The purpose of this correspondence is to recommend that the offender's conditions of probation be modified to include 90 days in a halfway house, based upon the aforementioned non-compliance. It is our position that the halfway house will provide the offender with needed structure and will assist the offender with finding employment. As evidenced by the attached Probation Form 49, the offender waived his right to a hearing and accepts the proposed modification.

In addition, the Probation Office in the Northern District of Georgia has requested that jurisdiction of this case be transferred to their district, as the offender is a permanent resident of Georgia, and has no plans to return to our district. Based upon the above, we respectfully request that Your Honor sign the attached two original Probation 22 forms, initiating the transfer process.

Respectfully submitted by,

Erin Weinrauch
U.S. Probation Officer
Date: 8/11/06

Approved by,

Eileen Kelly
Deputy Chief U.S. Probation Officer
Date: 8/11/06

THE COURT ORDERS:

☒ The Modification of Conditions as Noted Above
☐ Other

s/John Gleeson

Signature of Judicial Officer

8-21-06

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## for

## EASTERN DISTRICT OF NEW YORK

### Waiver of Hearing to Modify Conditions
### of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside at a community corrections center (CCC) for a period not to exceed 90 days, and observe the rules of that facility.**

Signed:                                                    Witness:

_D Jenn Coleman_                              _Tamara H. Revell_
Glenn Coleman                                    Tamara H. Revell
Supervised Releasee                            U. S. Probation Officer

Date:  07/21/06