| ♦PROB 22 (Rev. 2/88) | **FILED** IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y ★ AUG 24 [illegible] ★ | DOCKET NUMBER *(Tran. Court)* 03-CR-918 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Glen K. Coleman 5758 Highway 85 Riverdale, GA 30274 | BROOKLYN OFFICE | |
| | NAME OF SENTENCING JUDGE The Honorable John Gleeson, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/15/06 | TO 6/14/09 |

OFFENSE

Felon in Possession of a Firearm, a violation of 18 USC 922(g), a Class C Felony

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____EASTERN____ DISTRICT OF ____NEW YORK____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Northern District of Georgia____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_8-21-06_  s/John Gleeson
Date        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____         _____
*Effective Date*          United States District Judge